11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

In the interest of R.M.C. and R.M.C., children,

No. 11-12-00307-CV

\* From the 244th District Court
of Ector County,
Trial Court No. C-3044-PC.

\* January 31, 2013

\* Per Curiam Opinion
(Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed.